IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MAE DOROTHY WRIGHT,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:22-cv-899-M-BN |
| **RUSHMORE LOAN MANAGEMENT SERVICES, LLC and REO TRUST 2017-RPL1,** | § § § § § | |
| *Defendants.* | § § | |

## JOINT STIPULATION OF DISMISSAL

On this the 5th day of January 2023, Plaintiff Mae Dorothy Wright ("Plaintiff") and Defendant Rushmore Loan Management Services, LLC and REO Trust 2017-RPL1 (collectively "Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims and causes of action asserted by Plaintiff and Defendants in this cause are dismissed with prejudice.

Respectfully submitted,

By:     /s/ *Shelley L. Hopkins*
Shelley L. Hopkins
State Bar No. 24036497
HOPKINS LAW, PLLC
3 Lakeway Centre Ct., Suite 110
Austin, Texas 78734
(512) 600-4320
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP - *Of Counsel*
ShelleyH@bdfgroup.com
shelley@hopkinslawtexas.com

Robert D. Forster, II
State Bar No. 24048470
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

          4004 Belt Line Road, Ste. 100
          Addison, Texas 75001
          (972) 386-5040
          RobertFO@bdfgroup.com

**ATTORNEYS FOR DEFENDANTS**

By:   /s/ *D. Kimberli Wallace*
       D. Kimberli Wallace
       State Bar No. 00792901
       D. Kimberli Wallace, PLLC
       1560 E. Southlake Blvd., Suite 100
       Southlake, Texas 76092
       Tel: (817) 745-4581
       Fax: (817) 953-7000
       kwallace@kwlawfirm.net

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

*VIA ECF:*
D. Kimberli Wallace
D. Kimberli Wallace, PLLC
1560 E. Southlake Blvd., Suite 100
Southlake, Texas 76092
kwallace@kwlawfirm.net

**ATTORNEY FOR PLAINTIFF**

          /s/ *Shelley L. Hopkins*
          Shelley L. Hopkins